IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT CULLEN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-1955** |
| | : | |
| **DELAWARE COUNTY d/b/a GEORGE** | : | |
| **W. HILL CORRECTIONAL FACILITY** | : | |

# FINAL JUDGMENT

**AND NOW**, this 14th day of April 2025, following entry of, and in accordance with, the jury's verdict (DI 56), it is **ORDERED**:

1. We enter **JUDGMENT** in favor of defendant Delaware County and against plaintiff Robert Cullen.

2. The Clerk of Court shall **close** this case.

_____
MURPHY, J.